# EXHIBIT 2

Print This Docket                Back

**2018CV02230**        **STARK COUNTY COMMISSIONERS ET AL VS PURDUE PHARMA LP ET AL**

| | |
|---|---|
| **Type Of Action :** | OTHER CIVIL MISCELLANEOUS CIVIL |
| **Judge :** | HARTNETT, CHRYSSA N. |
| **Case Status :** | open |
| **Filed On:** | 11/14/2018 |

# PARTIES

| Name | Type |
|---|---|
| CEPHALON INC, | DEFENDANT |
| DOES 1-50, JANE | DEFENDANT |
| ENDO HEALTH SOLUTIONS INC, | DEFENDANT |
| ENDO PHARMACEUTICALS INC, | DEFENDANT |
| INSYS THERAPEUTICS, | DEFENDANT |
| JANSSEN PHARMACEUTICA INC, | DEFENDANT |
| JANSSEN PHARMACEUTICA INC, | DEFENDANT |
| JANSSEN PHARMACEUTICALS INC, | DEFENDANT |
| JOHNSON AND JOHNSON, | DEFENDANT |
| MALLINCKRODT LLC, | DEFENDANT |
| MALLINCKRODT PLC, | DEFENDANT |
| ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC, | DEFENDANT |
| ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC, | DEFENDANT |
| PURDUE FREDERICK COMPANY INC, | DEFENDANT |
| PURDUE PHARMA INC, | DEFENDANT |
| PURDUE PHARMA LP, | DEFENDANT |
| RHODES PHARMACEUTICALS LP, | DEFENDANT |
| SPECGX LLC, | DEFENDANT |
| STARK COUNTY BOARD OF COMMISSIONERS, | PLAINTIFF |
| STATE OF OHIO EX REL, | PLAINTIFF |
| TEVA PHARMACEUTICALS USA INC, | DEFENDANT |

# DOCKET ENTRIES

| | | |
|---|---|---|
| 11-14-2018 | DESIGNATION FORM FILED | $.00 |
| 11-14-2018 | ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC NKA JANSSEN PHARMACEUTICALS INC BY CERTIFIED MAIL (###432192018CV02230014!!!); JANSSEN PHARMACEUTICA INC NKA JANSSEN PHARMACEUTICALS INC BY CERTIFIED MAIL (###432192018CV02230015!!!); | $9.00 |
| 11-14-2018 | JURY DEMAND - PLAINTIFF | $25.00 |
| 11-14-2018 | COMPLAINT FILED INSTRUCTIONS FOR SERVICE FILED. SUMMONS AND COPIES OF COMPLAINT SENT TO PURDUE PHARMA LP BY CERTIFIED MAIL (###069012018CV02230000!!!); PURDUE PHARMA INC BY CERTIFIED MAIL (###069012018CV02230001!!!); PURDUE FREDERICK COMPANY INC BY CERTIFIED MAIL (###069012018CV02230002!!!); RHODES PHARMACEUTICALS LP BY CERTIFIED MAIL (###198082018CV02230003!!!); TEVA PHARMACEUTICALS USA INC BY CERTIFIED MAIL (###452022018CV02230004!!!); CEPHALON INC BY CERTIFIED MAIL (###194542018CV02230005!!!); JOHNSON AND JOHNSON BY CERTIFIED MAIL (###439452018CV02230006!!!); JANSSEN PHARMACEUTICALS INC ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC NKA JANSSEN PHARMACEUTICALS INC JANSSEN PHARMACEUTICA INC NKA JANSSEN PHARMACEUTICALS INC BY CERTIFIED MAIL (###432192018CV02230007!!!); ENDO HEALTH SOLUTIONS INC BY CERTIFIED MAIL (###193552018CV02230008!!!); ENDO PHARMACEUTICALS INC BY CERTIFIED MAIL | $315.00 |

(###432192018CV02230009!!!); MALLINCKRODT LLC BY CERTIFIED MAIL (###432192018CV02230010!!!); MALLINCKRODT PLC BY CERTIFIED MAIL (###630422018CV02230011!!!); SPECGX LLC BY CERTIFIED MAIL (###631472018CV02230012!!!); INSYS THERAPEUTICS BY CERTIFIED MAIL (###852862018CV02230013!!!);

| | |
|---|---|
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC NKA JANSSEN PHARMACEUTICALS INC C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS SUITE 125 COLUMBUS OH 43219 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO JANSSEN PHARMACEUTICA INC NKA JANSSEN PHARMACEUTICALS INC C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS SUITE 125 COLUMBUS OH 43219 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO TEVA PHARMACEUTICALS USA INC C/O CORPORATE CREATIONS NETWORK INC 119 EAST COURT ST CINCINNATI OH 45202 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO RHODES PHARMACEUTICALS LP 251 LITTLE FALLS DR WILMINGTON DE 19808 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO CEPHALON INC 1090 HORSHAM RD N WALES PA 19454 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO JANSSEN PHARMACEUTICALS INC ORTHO MCNEIL JANSSEN PHARMACEUTICALS INC NKA JANSSEN PHARMACEUTICALS I C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS SUITE 125 COLUMBUS OH 43219 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO INSYS THERAPEUTICS 133 S SPECTRUM BLVD #100 CHANDLER AZ 85286 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO SPECGX LLC 3600 NORTH SECOND ST SAINT LOUIS MO 63147 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO MALLINCKRODT LLC C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS SUITE 125 COLUMBUS OH 43219 ON 11-19-2018 |
| 11-27-2018 | SERVICE COMPLETE FOR SERVICE ISSUED 11-14-2018 CERTIFIED MAIL TO ENDO PHARMACEUTICALS INC C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS SUITE 125 COLUMBUS OH 43219 ON 11-19-2018 |

Print This Docket                                             Back